IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40085
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellant,


versus

FRANSICO ORDONEZ-MENDOZA,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-95-122
- - - - - - - - - -
August 21, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Fransico Ordonez-Mendoza (Ordonez), #36282-079, appeals the

district court's dismissal of his motion to vacate, set aside, or

correct sentence pursuant to 28 U.S.C. § 2255.  Ordonez argues

that he was rendered ineffective assistance of counsel because

his trial counsel failed to request or petition the sentencing

court to enter a Judicial Recommendation Against Deportation

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

(JRAD) pursuant to 8 U.S.C. § 1251(b).[**]  We have reviewed the record and find no reversible error.  We affirm the order denying the § 2255 motion for essentially the reasons given by the district court.  United States v. Ordonez-Mendoza, No. L-95-122 (S.D. Tex. Nov. 7, 1995).

AFFIRMED.

---

[**]  The Immigration Act of 1990, Pub. L. 101-649, 104 Stat. 4978, 5050 (1990), repealed 8 U.S.C. § 1251(b) as of November 29, 1990, and therefore, the JRAD is no longer available.